# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00281-CV

**David Allen Nielsen, Appellant**

**v.**

**Kristina Kay Nielsen, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 227,903-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

By letter of July 15, 2008, appellant David Allen Nielsen has stated that he wishes to withdraw his notice of appeal; this is his "first and foremost request." We will deem this request an appellant's motion to dismiss, grant the motion, "withdraw" the notice of appeal, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a). (There appears to have been a misunderstanding in earlier correspondence—the Court was requesting certain information and informing appellant that if we did not receive the information, we would have to dismiss his appeal; we were not refusing to dismiss his appeal.)

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   August 1, 2008